1  MELVIN JONES JR.
   P.O. BOX 579392
2  MODESTO, CA. 95357
   209-345-9782
3  (PRO SE)

**LODGED**
JUL - 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**
2005 JUL 12 A 8: 40
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JONES JR., | Case # CIV. F-05-148 OWW DLB |
| Plaintiff, | Plaintiff's notice: Leslie Jensen is no Longer a defendant In this case. |
| vs. | |
| Michael Tozzi et al, | Honorable U.S. Judge Wanger Presiding |
| Defendants | |

Pro Se Plaintiff, Mr. Jones hereby gives notice to this Honorable Federal Court that Leslie Jensen is no longer a named defendant in this case; Plaintiff hereby voluntarily dismisses Leslie Jensen as a defendant in this case.

//

DATE: 7 / 4 / 2005

_____
Melvin Jones Jr., [Plaintiff Pro Se]

//
//
//
//

It is so Ordered. Dated: 7-7-05

_____
United States District Judge

//
//
//

-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Melvin Jones Jr.

v.

Michael Tozzi et al.

Case Number: CIV.F.-05-148 OWW DLB

PROOF OF SERVICE
BY MAIL

I hereby certify that on 2/5/2005, I served a copy of the attached PLAINTIFF'S NOTICE; Leslie Jensen No longer A DEFENDANT IN THIS CASE, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Modesto, Ca.

(List Name and Address of Each Defendant or Attorney Served)

1) Leslie Jensen
819 17th Street
Modesto, Ca.
95354

(2.) John Hollenback
819 10th Street
Modesto, Ca.
95354

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 2/5/2005

_____
(Name of Person Completing Service)