Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
JOHN J. HOLLENBACK, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| MELVIN JONES, JR., et al., <br><br>               Plaintiffs, <br><br>     v. <br><br> MICHAEL TOZZI, MARIE SOVEY-SILVEIRA, LESLIE JENSEN, and JOHN J. HOLLENBACK, JR.,, <br><br>               Defendants. | Case No.  F-05-0148 AWI DLB <br><br> **NOTICE OF SUBSTITUTION OF AND WITHDRAWAL OF ATTORNEY; ORDER OF THE COURT** <br><br> [Local Rule 83-182(g)] |

**PLEASE TAKE NOTICE** that defendant, JOHN J. HOLLENBACK, JR., hereby makes the following substitution of legal representative in the above-captioned matter:

1.  Defendant's former legal representative was Leslie F. Jensen (California State Bar No. 94615), 131 G Street, Second Floor, Modesto, California 95354; telephone number 209-524-3688.

2.  Defendant's **new** legal representative is Daniel L. Wainwright (California State Bar No. 193486), of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, 5 River Park Place East, Fresno, California 93720; telephone number 559-433-1300.

3.  Defendant acknowledges that on December 12, 2005 the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, associated in as co-counsel.  This law firm will continue to represent defendant as the lone attorneys of record.

SUBSTITUTION OF ATTORNEYS

4. Defendant acknowledges and asks the Court and plaintiff to recognize that attorney Leslie Jensen will be withdrawing as one of defendant's attorney of record.

I hereby consent to this substitution of legal representative.

Date: December  29 , 2005                        /s/ John J. Hollenback, Jr.
                                                JOHN J. HOLLENBACK, JR. - Defendant

I hereby consent to the substitution of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, as attorney of record for defendant, JOHN J. HOLLENBACK, and hereby consent to withdraw as one of defendant's attorneys of record.

Date: December  30 , 2005                 LAW OFFICE OF LESLIE F. JENSEN

                                          By:  /s/ Leslie F. Jensen
                                              Leslie F. Jensen - Former Attorney

I hereby consent to this substitution of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, serving as attorney of record for defendant, JOHN J. HOLLENBACK, JR.

Dated: December  29 , 2005                McCORMICK, BARSTOW, SHEPPARD
                                          WAYTE & CARRUTH LLP


                                          By: /s/ Daniel L. Wainwright
                                              Daniel L. Wainwright
                                              Attorneys for Defendant
                                              JOHN J. HOLLENBACK, JR.

## ORDER APPROVING SUBSTITUTION OF ATTORNEYS

Pursuant to the fully executed "Substitution of Attorneys" set forth above, **IT IS HEREBY ORDERED** that Daniel L. Wainwright of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, will be the attorney of record for defendant, JOHN J. HOLLENBACK, JR., and that Leslie F. Jensen may withdraw as one of defendant's attorneys of record.

Date: December ____20_____, 2005          _/s/ OLIVER W. WANGER
                                          OLIVER W. WANGER,
                                          JUDGE OF THE U.S. DISTRICT COURT

00002/00223-897191.v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 19, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

SUBSTITUTION OF ATTORNEYS

in a sealed envelope, postage fully paid, addressed as follows:

Melvin Jones, Jr.
P.O. Box 579392
Modesto, CA 95357

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 19, 2006, at Fresno, California.

Karen B. Williams

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912

SUBSTITUTION OF ATTORNEYS F-05-0148 AWI DLB