UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JONES, JR., | 1:05-cv-0148 OWW DLB |
| Plaintiff, | SUPPLEMENTAL SCHEDULING CONFERENCE ORDER |
| v. | |
| JOHN HOLLENBACK, et al., | |
| Defendants. | |

I.  Date of Scheduling Conference.

   March 2, 2006.

II. Appearances Of Counsel.

   Melvin Jones, Jr., appeared pro se.

   McCormick, Barstow, Sheppard, Wayte & Carruth by Daniel Wainwright, Esq., appeared on behalf of Defendant John Hollenback.

   McCormick, Barstow, Sheppard, Wayte & Carruth by William Littlewood, Esq., appeared on behalf of Defendant Leslie Jensen.

III. Motion Schedule.

   1.  The current motions to dismiss Plaintiff's Second Amended Complaint which have been filed by both Defendants shall be decided on the following schedule.

1

1         a.   The response of Plaintiff is due on or before
2    March 27, 2006.  The Defendants' reply to Plaintiff's response is
3    due April 3, 2006.
4         b.   Defendants shall have to and including March 16,
5    2006, to file any opposition to the purported filing of a Third
6    Amended Complaint by the Plaintiff.
7         c.   The Plaintiff shall have until on or before March
8    27, 2006, to respond to any objections to the Third Amended
9    Complaint.
10        d.   All motions shall be heard on April 17, 2006, at
11   10:00 a.m. in Courtroom 3.
12   2.   There is currently set for hearing on March 27, 2006,
13   before this Court, a motion to recuse Magistrate Judge Beck and a
14   motion for protective order.
15   3.   After discussion among the parties, it is agreed:
16        a.   The Plaintiff will voluntarily take the motion for
17   protective off calendar for hearing on March 27, 2006, without
18   prejudice to renewing that motion.
19        b.   On or before March 9, 2006, Plaintiff will
20   determine whether the recusal motion addressed to the Magistrate
21   Judge is properly set before the District Court or in the
22   Magistrate Judge court.  At that time, if it is determined that
23   the proper forum for the hearing of that motion is the District
24   Court, the recusal motion will also be heard on April 17, 2006,
25   at 10:00 a.m. in Courtroom 3.  Any opposition to the motion shall
26   be filed by April 3, 2006.
27        c.   In the event that the proper place for hearing of
28   the Magistrate Judge recusal motion is before the Magistrate

**Judge, Plaintiff will contact the Courtroom Deputy Clerk for the Magistrate Judge and arrange a hearing date for the recusal motion.**

    **4.   The current trial date and remaining schedule for this case is hereby vacated.**

IT IS SO ORDERED.

**Dated:   March 9, 2006**                              /s/ Oliver W. Wanger
emm0d6                                                         UNITED STATES DISTRICT JUDGE

3