# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN JONES, JR. | ) | 1:05cv0148 OWW DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER DENYING PLAINTIFF'S MOTION AS MOOT |
| | ) | |
| v. | ) | (Document 134) |
| | ) | |
| JOHN HOLLENBACK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On December 15, 2005, Plaintiff filed a document entitled, "Plaintiff's Request that ALL Counsel Affiliated with Defendant Hollenback Comply with ABA Ethical Rule 4.3." Plaintiff provides little explanation of the basis for his request.

In any event, based on the Court's January 27, 2006, order approving the substitution of counsel for Defendant John J. Hollenback, Jr., Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   June 14, 2006             /s/ Oliver W. Wanger
emm0d6                           UNITED STATES DISTRICT JUDGE

1