Daniel L. Wainwright , # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
JOHN J. HOLLENBACK, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| MELVIN JONES, JR., et al. ,<br><br>        Plaintiffs,<br><br>   v.<br><br>MICHAEL TOZZI, MARIE SOVEY-SILVEIRA, LESLIE JENSEN, and JOHN J. HOLLENBACK, JR., ,<br><br>        Defendants. | Case No.  CV-F-05-0148 AWI DLB<br><br>**ORDER OF THE COURT REGARDING TRIAL AND PRETRIAL DATES** |

PLEASE TAKE NOTICE that on Monday, January 22, 2007 the above-captioned matter came before this Court, the Honorable Oliver Wanger presiding.  Plaintiff, MELVIN JONES, was present in Court and representing himself.  Defendant, JOHN J. HOLLENBACK, JR., was represented by Daniel L. Wainwright.

The Court determined that this matter was "at-issue" and ready for trial and thus, ORDERED the following:

1. **Pre-Trial Conference** – Monday April 2, 2007 at 11:00 a.m. in Department 3;

2. Prior to the Conference, the parties are required to submit Joint Pre-Trial Conference Statement;

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

ORDER OF THE COURT RE TRIAL AND PRETRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

3.   **Jury Trial** – May 8, 2007 at 9:00 a.m. in Department 3.

DATED:   January 24, 2007            /s/ Oliver W. Wanger
                                     THE HONORABLE OLIVER WANGER

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

ORDER OF THE COURT RE TRIAL AND PRETRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com