EDMUND G. BROWN JR.
  Attorney General of the State of California
ALBERTO L. GONZÁLEZ
  Supervising Deputy Attorney General
WILLIAM A. KRABBENHOFT
  State Bar No. 119197
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5334
  Fax: (916) 322-8288
  Email: Bill.Krabbenhoft@doj.ca.gov

Attorneys for Hon. Judge Marie Sovey-Silveira, Hon. Judge Glenn Ritchey, Jr., Hon. Judge Jack Jacobsen, and Michael Tozzi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MELVIN JONES, Jr.,**<br><br>  Plaintiff,<br><br>v.<br><br>**MICHAEL TOZZI, et al.,**<br><br>  Defendants. | CIV-F-05-0148 OWW DLB<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO QUASH SUBPOENAS**<br><br>[E.D. Cal. R. 6-144; 78-230] |

GOOD CAUSE APPEARING, it is ordered that the time for service of the Notice of Motion and Motion to Quash Subpoenas on behalf of The Honorable Marie Sovey-Silveira, The Honorable Glenn Ritchey, Jr., The Honorable Jack Jacobsen, Judges of The Superior Court of California, County of Stanislaus, and Michael Tozzi, Court Executive Officer for the Superior Court of California, County of Stanislaus, be shortened so that service by means of ECF via this Ex Parte Application be deemed sufficient notice of the proceeding referenced therein.

/ / /

/ / /

/ / /

[Proposed] Order Granting Ex Parte Application - Order Shortening Time to Hear Mtn. to Quash Subpoenas

It is further ordered that any opposition to the motion to quash subpoenas be **electronically** filed on _May 24, 2007 before 1:00 p.m., and that any reply be **electronically** filed by May 25, 2007 before 11:00 a.m..  The Court will  hold a hearing on May 25, 2007 at 2:00 p.m.

Dated: _April 20, 2007____

                                              _/s/ OLIVER W. WANGER_____
                                              Honorable Oliver W. Wanger
                                              U.S. District Court Judge