1  EDMUND G. BROWN JR.
     Attorney General of the State of California
2  ALBERTO L. GONZÁLEZ
     Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT
     State Bar No. 119197
4  Deputy Attorney General
     1300 I Street, Suite 125
5  P.O. Box 944255
     Sacramento, CA 94244-2550
6  Telephone:  (916) 324-5334
   Fax:  (916) 322-8288
7  Email:  Bill.Krabbenhoft@doj.ca.gov

8  Attorneys for Hon. Judge Marie Sovey-Silveira, Hon.
   Judge Glenn Ritchey, Jr., Hon. Judge Jack Jacobsen,
9  and Michael Tozzi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MELVIN JONES, Jr.,** | CIV-F-05-0148 OWW DLB |
| Plaintiff, | **CORRECTED** |
| | **ORDER GRANTING EX PARTE** |
| v. | **APPLICATION FOR AN ORDER** |
| | **SHORTENING TIME TO HEAR** |
| **MICHAEL TOZZI, et al.,** | **MOTION TO QUASH SUBPOENAS** |
| Defendants. | [E.D. Cal. R. 6-144; 78-230] |

GOOD CAUSE APPEARING, it is ordered that the time for service of the Notice of Motion and Motion to Quash Subpoenas on behalf of The Honorable Marie Sovey-Silveira, The Honorable Glenn Ritchey, Jr., The Honorable Jack Jacobsen, Judges of The Superior Court of California, County of Stanislaus, and Michael Tozzi, Court Executive Officer for the Superior Court of California, County of Stanislaus, be shortened so that service by means of ECF via this Ex Parte Application be deemed sufficient notice of the proceeding referenced therein.

/ / /

/ / /

/ / /

It is further ordered that any opposition to the motion to quash subpoenas be **electronically** filed on _April 24, 2007 before 1:00 p.m., and that any reply be **electronically** filed by April 25, 2007 before 11:00 a.m..  The Court will  hold a hearing on April 25, 2007 at 2:00 p.m.

Dated: _April 20, 2007____

                                  _/s/ OLIVER W. WANGER_____  
                                  Honorable Oliver W. Wanger  
                                  U.S. District Court Judge