```
                                        FILED
                                   JUDGMENT ENTERED

                                     _5/11/2007_____
                                          Date
                                 by _____A. Timken_____
                                         Deputy Clerk
                                    U.S. District Court
                                Eastern District of California
                                 __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MELVIN JONES, JR.,

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:05-cv-0148 OWW/DLB

JOHN J. HOLLENBACK, JR.,

      Defendant.
_____/

      JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, JOHN J. HOLLENBACK, JR., and AGAINST THE PLAINTIFF, MELVIN JONES, JR.

DATED: 5/11/2007

                            VICTORIA C. MINOR, Clerk

                            /S/ Alice Timken
                       By: Deputy Clerk

jgm.civ
2/1/95