1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| 9  MELVIN JONES, JR., | ) | No. CV-F-05-148 OWW |
| | ) | |
| 10 | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION TO VACATE JUDGMENT |
| 11             Plaintiff, | ) | PURSUANT TO RULE 60(b) AS |
| | ) | MOOT (Doc. 409) AND VACATING |
| 12       vs. | ) | ORAL ARGUMENT SET FOR MARCH |
| | ) | 3, 2007 |
| 13 | ) | |
| JOHN HOLLENBACK, | ) | |
| 14 | ) | |
| | ) | |
| 15            Defendant. | ) | |
| | ) | |
| 16 _____ | ) | |

17       On January 15, 2008, Plaintiff filed a motion to vacate the

18 judgment entered against him and in favor of Defendant pursuant

19 to Rule 60(b)(3) and 60(b)(6), Federal Rules of Civil Procedure

20 (Doc. 409).  Plaintiff noticed the motion for hearing on March 3,

21 2008.

22       By email to Mr. Wainwright dated February 6, 2007 (forwarded

23 to the Courtroom Deputy, Alice Timkin), Plaintiff stated that on

24 February 11, 2008 "Plaintiff Jones will supplement and re-notice

25 his pending Rule 60 motion set to be heard on 3/3/2008 as <u>an</u>

26 <u>independent action for fraud upon the court.</u> [¶] Also, I will

1

present NO ARGUMENT, etc. as to the pending Rule 60 motion, and will withdraw any request(s) that said Rule 60 motion be considered on 2/11/2008. [¶] Hearing date for said re-noticed Rule 60 motion will be set (re-set) for APRIL 28, 2008."

On February 7, 2008, Plaintiff filed "PLAINTIFF's request for JUDICIAL NOTICE OF ATTACHMENT 'A' AND NOTICE OF REQUEST." Plaintiff asserts that, at the February 11, 2008 hearing on Defendant's motion for attorney's fees, he will request "to have his pending motions (any/all) which relate to Defense misconduct/FRAUD to BE TREATED as motions brought under Rule 60, or in the alternative Jones withdraws (will on 2/11/2008) at oral argument any/ALL Requests/Motions pertaining to/Related to defense misconduct DUE to the FACT, Jones will File (on/about 2/12/2008) a complaint/ACTION FOR Independent Relief [See Attachment 'A' affixed hereto - a true copy of said independent ACTION]."

Given Plaintiff's representations, the motion to vacate the judgment pursuant to Rule 60(b)(3) and 60(b)(6) is DENIED AS MOOT.

Oral argument set for March 3, 2007 is VACATED.

IT IS SO ORDERED.

Dated:    February 25, 2008              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2