1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    MELVIN JONES, JR.,              )        No. CV-F-05-148 OWW/DLB
                                     )
10                                   )        ORDER DENYING PLAINTIFF'S
                                     )        MOTION TO TRANSFER NO. CV-F-
11                     Plaintiff,    )        08-318 TO DOCKET OF JUDGE
                                     )        WANGER AS MOOT (Doc. 416)
12             vs.                   )
                                     )
13                                   )
     JOHN HOLLENBACK,                )
14                                   )
                                     )
15                     Defendant.    )
                                     )
16   _____)

17        On March 14, 2008, Plaintiff filed a motion to reassign

18   *Jones v. Wainwright,* No. CV-F-08-318, from the docket of Judge

19   Ishii to the docket of Judge Wanger.

20        This motion is DENIED as moot.  By Order filed on March 13,

21   2008 in No. CV-F-08-318, *Jones v. Wainwright* was related to this

22   action and transferred from Judge Ishii to Judge Wanger.

23        Plaintiff further advises that "on 4/28/08 - (see Jones

24   Request for transcripts in #05-148) - Jones will renew his pauper

25   declaration, as to lack of funds, and job ... so that in

26   transferred case #08-318, Jones will be allowed to proceed IFP."

                                    1

1         **By Order filed on March 10, 2008 in No. CV-F-08-318 (Doc.**

2   **2), Plaintiff was ordered to submit an IFP application, along**

3   **with all necessary documentation, or to pay the filing fee,**

4   **within 30 days of service of the Order and was advised that**

5   **failure to comply will result in a recommendation of dismissal of**

6   **the action.  Compliance with this Order by Plaintiff is due by**

7   **April 14, 2008.  Plaintiff must timely comply with this Order in**

8   **No. CV-F-08-318.  No. CV-F-09-318 has only been related to this**

9   **action; it has not been consolidated.  No. CV-F-08-318 is an**

10  **entirely separate action from No. CV-F-05-148.**

11        **Plaintiff further requests that the Court "inquire of the**

12  **parties as to their intent/willingness to settle case(s) #08-318**

13  **and #05-148 (possibly as well)."  If Plaintiff is interested in**

14  **settlement of any outstanding issues in these cases, he can**

15  **contact counsel for the opposing party.**

16      IT IS SO ORDERED.

17  **Dated:   March 21, 2008**          _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

                2